**ORIGINAL**

1  Daniel M. Hodes
   CSB No. 101773
2  Lopez, Hodes, Restaino, Milman
      & Skikos
3  450 Newport Center Drive, 2nd Floor
   Newport Beach, CA  92660
4  (949) 640-8222
   (949) 640-8294 – Facsimile
5  Local Counsel for Plaintiff

6  Joseph P. Callahan
   VSB No. 38056
7  Rawls & McNelis
   1111 E. Main Street
8  Suite 1701
   Richmond, VA  23219
9  (804) 344-0038
   (804) 782-0133 – Facsimile
10 Counsel for Plaintiffs

FILED

2006 OCT 17  AM 8: 22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW W. SWAN, a minor, by and through WILLIAM H. SWAN, Father & Next Friend, <br><br>and<br><br> WILLIAM H. SWAN, Individually and as Father of MATTHEW W. SWAN,<br><br>and<br><br>TRACY SWAN, Individually and as Mother of MATTHEW W. SWAN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No 06cv0431-JM(LSP) |

**ORDER**

This cause came on for consideration on the Motion of plaintiffs for Leave to Amend their

Complaint. By their Amended Complaint, plaintiffs allege that their respective claims for damages for past

1

and future expenses incurred for medical treatment and other services provided to Matthew W. Swan are asserted only to the extent that such damages are vested in each plaintiff respectively. The defendant does not oppose this motion.

    With it appearing that this proposed Amendment will further the interests of justice, it is therefore

    ORDERED AND DECREED that plaintiffs may amend their Complaint as set forth above, and that the Clerk shall accept for filing Plaintiff's First Amended Complaint. Defendant United States' response to plaintiff's Amended Complaint shall be filed and served within fourteen days of Plaintiff's service of the filed First Amended Complaint upon the United States Attorney for the Southern District of California.

ENTERED THIS 16TH day of October, 2006

IT IS SO ORDERED:

_Jeffrey T. Miller_
JUDGE