FILED

07 DEC 17 PM 3:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW W. SWAN, a minor, by and through WILLIAM H. SWAN, Father & Next Friend, and WILLIAM H. SWAN, Individually and as Father of MATTHEW W. SWAN, and TRACY SWAN, Individually and as Mother of MATTHEW W. SWAN, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Civil Action No. 06-0431-JM(LSP) |

ORDER APPROVING SETTLEMENT ON BEHALF OF MINOR

On this 17th day of December 2007, the above-referenced matter came on for hearing and approval by the Court as to the reasonableness of a settlement between the United States of America and Matthew W. Swan, a minor, by and through William H. Swan, father and next friend, William Swan, individually and as father of Matthew W. Swan, and Tracy Swan, individually and as mother of Matthew W. Swan. Plaintiffs appeared through their counsel of record. Defendant United States of America appeared through its counsel of record.

The complete and precise terms and conditions of the settlement are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims

Pursuant To 28 U.S.C. § 2677 (hereinafter "Stipulation"), attached as Exhibit "A." The Court has reviewed the Stipulation, taken testimony, and heard arguments in favor of this settlement. The Court is fully informed of the specifics of the full and final terms and conditions of the settlement. The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation, are fair, reasonable, and in the best interests of Matthew W. Swan, a minor.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement, as set forth in Exhibit A, is hereby approved. It is further Ordered that Tracy Swan is authorized and required to sign the Stipulation and any other documents that are necessary to consummate this settlement on behalf of Matthew W. Swan, a minor, and to provide any information and documentation necessary to complete the purchase of annuity contracts making payments, if any, to the minor.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the settlement amount of $410,000.00 (hereinafter "Settlement Amount") shall be distributed according to the terms and conditions of the Stipulation. With respect to the settlement check that will be made payable to the named plaintiffs pursuant to Paragraph 3(a) of the Stipulation, the Court hereby Orders the plaintiffs to endorse said check over to their attorneys to be deposited by the attorneys into their client trust account to be used to pay the attorneys' fees, costs, and expenses herein approved and to pay any lien or claim for reimbursement.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that attorneys' fees in this action shall be twenty-five percent (25%) of the Settlement Amount and shall be paid as provided in the Stipulation. The Court finds that the costs and expenses associated with the litigation are $37,782.17 and that such costs and expenses are fair, reasonable, and necessary. It

Swan v. United States
Order Approving Settlement

is hereby Ordered that such costs and expenses are approved and are to be paid as provided in the Stipulation. The Court finds and holds that plaintiffs are legally responsible for any and all past, present, and future liens or claims for payment or reimbursement, including any liens or claims for payment or reimbursement by Medicaid, Medicare, or healthcare providers. The Court hereby Orders plaintiffs, by and through their attorneys, to satisfy or resolve any and all such past, present, and future liens or claims for payment or reimbursement asserted by any individual or entity, including Medicaid and Medicare. The Court further Orders that plaintiffs and their attorneys shall provide to the United States the information required by the Stipulation regarding the satisfaction or resolution of such liens or claims for payment or reimbursement within the time specified in said Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs, upon final execution of the Stipulation and within five business days after the plaintiffs receive the settlement via wire transfer as provided in Paragraph 3(a) of the Stipulation, shall file a motion with the District Court for the entry of an Order dismissing this action with prejudice, with each party to the action bearing its own fees, costs, and expenses.

_____
UNITED STATES MAGISTRATE JUDGE
Dated this 17th day of December, 2007
CATHY ANN BENCIVENGO

Swan v. United States
Order Approving Settlement

APPROVED AS TO FORM AND CONTENT:

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

BY: _____
    **BRIDGET BAILEY LIPSCOMB**
    **SABRINA UNDERWOOD**
    Trial Attorneys, Civil Division
    U.S. Department of Justice


RAWLS & McNELIS

_____
JOSEPH P. CALLAHAN
Attorneys for Plaintiffs


LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

_____
**DANIEL M. HODES**
Attorneys for Plaintiffs

---

Swan v. United States
Order Approving Settlement