# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW W. SWAN, et al.,<br><br>                                        Plaintiffss,<br>    vs.<br>UNITED STATES OF AMERICA,<br><br>                                        Defendant. | CASE NO. 06 CV 0431 JM (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to the parties' joint motion (Doc. no. 52) and for good cause shown, the court hereby **GRANTS** the parties' joint motion to dismiss this matter with prejudice, as settled, with each party bearing its own fees, costs and expenses. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DATED: March 3, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

- 1 -

06cv0431